## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 821 - 1 | **DATE** | 12/11/07 |
| **CASE TITLE** | USA vs. Rogelio Aguirre | | |

**DOCKET ENTRY TEXT**

Detention hearing held and continued to 12/20/07 at 2:00 p.m. Preliminary examination hearing is set for 12/20/07 at 2:00 p.m. Defendant to remain in custody pending further order of the court.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | LXS |
|---|---|---|