

Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 821 - 1 | **DATE** | 1/2/2008 |
| **CASE TITLE** | USA vs. Rogelio Aguirre | | |

**DOCKET ENTRY TEXT**

Preliminary examination hearing held. For the reasons stated on the record, the Court hereby enters a finding of probable cause; Order defendant bound to the District Court for further proceedings. Defendant to remain in custody pending further order of the court.

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | LXS |
|---|---|---|