# United States District Court, Northern District of Illinois

HHN

| Name of Assigned Judge or Magistrate Judge | Nolan | Sitting Judge if Other than Assigned Judge | Gettleman |
|---|---|---|---|
| CASE NUMBER | 07 CR 821 -1 | DATE | 1/2/2008 |
| CASE TITLE | USA vs Rogelio Aguirre | | |

**DOCKET ENTRY TEXT:**

Government's motion [7] for an extension of time to 2/9/2008 in which to return an indictment is granted.

[For further detail see separate order]
[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|