**07CR 0821**

JUDGE NORGLE

MAGISTRATE JUDGE NOLAN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Felony
FILED
FEB - 7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?  NO ☐  YES X  If the answer is "Yes", list the case number and title of the earliest filed complaint:
   **07 CR 821**   **United States v. ROGELIO AGUIRRE/Judge Nolan**

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   NO X  YES ☐  If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information?  NO X  YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   NO X  YES ☐  If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?  NO X  YES ☐

6) What level of offense is this indictment or information?  FELONY X  MISDEMEANOR ☐

7) Does this indictment or information involve eight or more defendants?  NO X  YES ☐

8) Does this indictment or information include a conspiracy count?  NO ☐  YES X

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   | | | |
   |---|---|---|
   | ☐ Homicide .......... (II) | ☐ Income Tax Fraud ....... (II) | ☐ DAPCA Controlled Substances ... (III) |
   | ☐ Criminal Antitrust ...... (II) | ☐ Postal Fraud ....... (II) | X Miscellaneous General Offenses .. (IV) |
   | ☐ Bank robbery ........ (II) | ☐ Other Fraud ....... (III) | ☐ Immigration Laws ....... (IV) |
   | ☐ Post Office Robbery .... (II) | ☐ Auto Theft ....... (IV) | ☐ Liquor, Internal Revenue Laws ... (IV) |
   | ☐ Other Robbery ........ (II) | ☐ Transporting Forged Securities . (III) | ☐ Food & Drug Laws ......... (IV) |
   | ☐ Assault ............. (III) | ☐ Forgery ....... (III) | ☐ Motor Carrier Act ......... (IV) |
   | ☐ Burglary ............. (IV) | ☐ Counterfeiting ....... (III) | ☐ Selective Service Act ....... (IV) |
   | ☐ Larceny and Theft ...... (IV) | ☐ Sex Offenses ....... (II) | ☐ Obscene Mail ....... (III) |
   | ☐ Postal Embezzlement .... (IV) | ☐ DAPCA Marijuana ....... (III) | ☐ Other Federal Statutes ....... (III) |
   | ☐ Other Embezzlement .... (III) | ☐ DAPCA Narcotics ....... (III) | ☐ Transfer of Probation Jurisdiction . (V) |

10) List the statute of each of the offenses charged in the indictment or information.

   18 U.S.C. §1201(a)(1)
   18 U.S.C. §1201(c) and 2

   _____
   MARNY M. ZIMMER
   Assistant United States Attorney

(Revised 12/99)