Minute Order Form (rev. 4/99)

07 GJ 1218

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | JUDGE NORGLE | Sitting Judge if Other Than Assigned Judge | Maria Valdez |
|---|---|---|---|
| CASE NUMBER | 07 CR 0821 | DATE | FEBRUARY 7, 2008 |
| CASE TITLE | US v. ROGELIO AGUIRRE, ANTONIO VASQUEZ, DAVID VIZCARRA, & JACINTO VIZCARRA | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd-party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

### SPECIAL JUNE 2007

The Grand Jury for the _____ Session, a quorum being present, returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge _____Maria Valdez_____

Docket Entry:

NO BOND SET, DETAINED BY MAGISTRATE AS TO ROGELIO AGUIRRE, ANTONIO VASQUEZ, AND DAVID VIZCARRA. BOND SET BY MAGISTRATE TO STAND AS BOND IN THIS INSTANCE AS TO JACINTO VIZCARRA.

FILED

FEB - 7 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE                    (ONLY IF FILED
OR MAGISTRATE JUDGE                    UNDER SEAL)

- No notices required, advised in open court.
- No notices required.
- Notices mailed by judge's staff.
- Notified counsel by telephone.
- Docketing to mail notices.
- Mail AO 450 form.
- Copy to judge/magistrate judge.

Courtroom Deputy Initials

Date/time received in Central Clerk's office

Number of notices
Date docketed
Docketing dpty. initials
Date mailed notice
Mailing dpty. initials

DOCKET#