## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 821 - all | **DATE** | 2/13/2008 |
| **CASE TITLE** | United States of America vs. Rogelio Aguirre, Antonio Vasquez, David Vizcarra, Jacinto Vizcarra | | |

**DOCKET ENTRY TEXT**

Arraignment held. The defendant enters a plea of not guilty as to all counts. 16.1 conference to be held within ten days. Pretrial motions are due on or before 3/7/2008; response to motions is due on or before 3/28/2008; reply, if any, is due on or before 3/28/2008. Status hearing is set for 3/7/2008 at 9:30 a. m. Time is excluded until 3/7/2008. (X-T)

Docketing to mail notices.

00:25

| | Courtroom Deputy Initials: | EF |
|---|---|---|

Case 1:07-cr-00821    Document 18    Filed 02/13/2008    Page 1 of 1

07CR821 - all United States of America vs. Rogelio Aguirre, Antonio Vasquez, David Vizcarra, Jacinto Vizcarra                    Page 1 of 1