IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 07 CR 821 |
| V. | ) | Hon. Charles R. Norgle |
| | ) | |
| ROGELIO AGUIRRE | ) | |

MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT

    The Federal Defender Program and its attorney, MARY H. JUDGE, hereby moves to withdraw as counsel of record for defendant, ROGELIO AGUIRRE, in the above-captioned action for the following reasons:

    1.   Hon. Nan R. Nolan appointed Mr. Gabriel Plotkin of the Federal Defender Program to represent Mr. Aguirre on December 9, 2007 at his initial appearance. Mr. Aguirre has been in federal custody at Ozaukee County Jail in Port Washington, Wisconsin, since his initial appearance. Mr. Plotkin recently left the Federal Defender's office, and I, also with the Federal Defender's, office stepped in to represent Mr. Aguirre. I filed an appearance in this case a few months ago and a status hearing is currently set for May 23, 2008.

    2.   Since that time, an irreconcilable conflict-of-interest between the Federal Defender Program and Mr. Aguirre has developed which necessitates the instant request. Based on concerns regarding attorney-client privilege, defense

counsel is not in a position to provide further details.

    3.  Arrangements will promptly be made to have a Panel Attorney prepared to seek leave to file an appearance as substitute counsel on Mr. Aguirre's behalf, once this motion is granted.

    WHEREFORE defense counsel asks this Court for an order allowing the Federal Defender Program to withdraw from representing Mr. Aguirre and to allow the substitution of counsel by a panel attorney.

DATED:  May 2, 2008

                            Respectfully submitted,

                            FEDERAL DEFENDER PROGRAM
                            Terence F. MacCarthy
                            Executive Director

                By:    *s/ Mary H. Judge*
                            Mary H. Judge

MARY H. JUDGE
FEDERAL DEFENDER PROGRAM
55 E. Monroe Street, Suite 2800
Chicago, Illinois  60603
(312) 621-8336

## CERTIFICATE OF SERVICE

The undersigned, Mary H. Judge , an attorney with the Federal Defender Program hereby certifies that in accordance with FED.R.CRIM. P. 49, FED. R. CIV. P5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document(s):

**MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT**

was served pursuant to the district court's ECF system as to ECF filings, if any, and were sent by first-class mail/hand delivery on May 2, 2008, to counsel/parties that are non-ECF filers.

By:   s/*Mary H. Judge*
Mary H. Judge
FEDERAL DEFENDER PROGRAM
55 E. Monroe St., Suite 2800
Chicago, Illinois 60603
(312) 621-8336