IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07 CR 821 |
| | ) | Hon. Charles R. Norgle |
| ROGELIO AGUIRRE, | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO:  Marny Zimmer
    Assistant United States Attorney
    219 S. Dearborn St., 5th Floor
    Chicago, IL 60604

PLEASE TAKE NOTICE that on Friday, May 9, 2008, at 9:30 a.m., in Courtroom 2341, we shall appear before the Honorable Charles R. Norgle, in the Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois and shall present the attached motion.

– **MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT**

             Respectfully submitted,

             FEDERAL DEFENDER PROGRAM
             Terence F. MacCarthy
             Executive Director

             By: s/Mary H. Judge
             Mary H. Judge

MARY H. JUDGE
FEDERAL DEFENDER PROGRAM
55 E. Monroe Street, Suite 2800
Chicago, IL  60603
(312) 621-8336