# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Charles R. Norgle | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 821 - 1 | **DATE** | 5/8/2008 |
| **CASE TITLE** | UNITED STATES vs. ROGELIO AGUIRRE | | |

**DOCKET ENTRY TEXT**

Motion to Withdraw as Counsel for Defendant [32] is granted. The Federal Defender Program and its attorney, Mary H. Judge are granted leave to withdraw as counsel of record for defendant, Rogelio Aguirre.

Docketing to mail notices.

| | Courtroom Deputy Initials: | EF |
|---|---|---|