UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

The United States of America
-v-
Rogelio Aguirre

Case   07CR 821
Judge Norgle

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Rogelio Aguirre

ae FILED
MAY 2 1 2008
May 21 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| SIGNATURE | |
|---|---|
| s/ Kent R. Carlson | |
| FIRM | |
| Kent R. Carlson & Associates PC | |
| STREET ADDRESS | |
| 53 West Jackson Blvd.   Suite 1544 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 06187369 | (312) 663-9601 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [x]  NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ]  NO [x] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [x]  NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [x]  NO [ ] |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL [ ]   APPOINTED COUNSEL [x] | |